FILED

17 NOV 21 PM 3:59

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY LC          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2016 Grand Jury     17CR3955LAB

| UNITED STATES OF AMERICA, | Case No. _____ |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 952, 960 and 963 - Conspiracy to Import Methamphetamine; Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine |
| KARINA LIZETH RAMIREZ, | |
| Defendant. | |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including August 1, 2017, within the Southern District of California, and elsewhere, defendant KARINA LIZETH RAMIREZ did knowingly and intentionally conspire with other persons known and unknown to the grand jury to import 50 grams and more, to wit: approximately 4.34 kilograms (9.57 pounds) of methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and 963.

//
//
//

MAD:nlv:San Diego
11/21/17

Count 2

On or about August 1, 2017, within the Southern District of California, defendant KARINA LIZETH RAMIREZ did knowingly and intentionally import 50 grams and more, to wit: approximately 4.34 kilograms (9.57 pounds) of methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: November 21, 2017.

A TRUE BILL:

_____
Foreperson

ADAM BRAVERMAN
United States Attorney

By: _____
MICHAEL A. DESHONG
Special Asst. U.S. Attorney

2