# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>              Plaintiff, )<br>vs. )<br>KARINA LIZETH RAMIREZ, )<br>              Defendant. ) | Case No. 17-CR-3955-LAB<br><br>**ORDER TO MODIFY CONDITIONS** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, based upon the foregoing Motion, that the travel restrictions previously set for defendant KARINA LIZETH RAMIREZ, in the above-entitled cause be modified and enlarged to permit the defendant to travel to and from the Central District at the discretion of Pretrial, and that the employment/school condition be modified to be at the discretion of Pretrial Services. All other conditions to remain in effect.

DATED: 3/8/2018

HON. MITCHELL D. DEMBIN
U.S. MAGISTRATE JUDGE